FRANK S. HEDIN
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131-3302
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

ADRIAN GUCOVSCHI
**GUCOVSCHI LAW FIRM, PLLC**
140 BROADWAY, FL 46
NEW YORK, NY 10005
Telephone: (212) 884-4230
E-Mail: adrian@gr-firm.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
E-Mail: dws@psplawyers.com

*Counsel for Plaintiff and the Putative Class*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| VICTOR RUIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FSG DIGITAL, INC.; and SETH SCHORR,<br><br>Defendant. | **NOTICE OF RULE 41(a)(1)(A)(i) DISMISSAL WITHOUT PREJUDICE**<br><br>Magistrate Judge Cecilia M. Romero<br><br>Case No. 2:25-cv-00961-CMR |

**TO THE CLERK OF THE COURT:**

**YOU WILL PLEASE TAKE NOTICE** that Plaintiff, Victor Ruiz, individually and with no class having been certified, by and through his undersigned counsel, hereby exercises his right under rule 41(a)(1)(A)(i), and dismisses this action, in its entirety, without prejudice.

**DATED** this 11th day of March 2026.

**PETERS | SCOFIELD**
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD